[No. 5163-0-II. Division Two. July 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. SCOTT D. PARKINSON, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 80-1-00162-1, John N. Skimas, J., entered October 17, 1980. *Remanded* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 4286-3-III. Division Three. July 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. BARBARA JEAN FLETT, *Appellant.*

Appeal from a judgment of the Superior Court for Stevens County, No. 22433, Sidney R. Buckley, J., entered December 5, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.

[No. 4535-8-III. Division Three. July 8, 1982.]

DENNIS WETMORE, *Appellant,* v. THE CITY OF MOSES LAKE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 30194-M, Clinton J. Merritt, J., entered May 1, 1981. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 4352-5-III. Division Three. July 8, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. GORDON JOEY DELLARM, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80-1-00794-8, John J. Lally, J., entered December 17, 1980. *Reversed* and *remanded* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.